IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MARTIN SHIELDS | : | CIVIL ACTION |
|---|---|---|
| v. | : | No. 18-2421 |
| GENERAL ELECTRIC CO., et al. | : | |

**ORDER**

AND NOW, this 9th day of January, 2020, upon consideration of Defendants Wabtec Corporation, General Electric Co., and Westinghouse Electric Corp.'s Motions for Summary Judgment, Plaintiff Martin Shields's opposition thereto, Defendants' replies, and the parties' presentations at the October 29, 2019, oral argument on the Motions, and for the reasons stated in the accompanying Memorandum, it is ORDERED the Motions (Documents 31, 32, & 33) are GRANTED. Judgment is entered in favor of Defendants on all claims.

The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.